IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ED JOHNSON, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-146-LPS |
| | ) | Civil Action No. 12-403-LPS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

**<u>MEMORANDUM ORDER</u>**

At Wilmington this **18th** day of **November, 2013**:

WHEREAS, Petitioner Ed Johnson ("Petitioner"), having filed a motion requesting that the Court issue a certificate of appealability (D.I. 317), to permit him to seek appellate review of the Court's denial of his Section 2255 Motion (D.I. 316);

WHEREAS, the government having filed an answer in opposition (D.I. 320), which observes that Petitioner's motion for a certificate of appealability revisits the same arguments already made in his Section 2255 Motion (*see id.* at 2);[1]

WHEREAS, the Court having carefully considered the parties' submissions, including Petitioner's Reply (*see* D.I. 322), filed on November 1, 2013, which again revisits the same arguments contained in his Section 2255 Motion;

IT IS HEREBY ORDERED that Movant's Motion (D.I. 217) is DENIED.

---

[1] The Court's Memorandum Order denying Petitioner's Section 2255 Motion addresses ineffective assistance of counsel claims relating to counsel's trial preparation (D.I. 316 at 3), cross-examination of government witnesses (*id.* at 5), objections to government exhibits (*id.* 6), handling of a continuance request (*id.*), decision to retain additional expert testimony (*id.* at 7), handling of a variance request (*id.* at 8), and handling of Petitioner's right to testify (*id.* at 8-9). The Court also addressed Petitioner's claims that he was subjected to prosecutorial misconduct and extreme and unconstitutional punishment. (*Id.* at 9-10) Petitioner raises these arguments again in his Motion for Certificate of Appealability. (*See e.g.*, D.I. 317 at 3-7) But these same arguments fare no better in the present procedural context.

The Court will not issue a certificate of appealability. Petitioner has failed to "ma[k]e a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Reasonable jurists would not find this assessment debatable. *See id.*; *see also Slack v. McDaniel*, 529 U.S. 473, 484 (2000); Fed. R. App. P. 22; Local App. R. 22.2.

                                                                                           _____
                                                                                           UNITED STATES DISTRICT JUDGE